# Exhibit B

**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
*Pro Se* Defendants

| | |
|---|---|
| ANTHONY MARTINO, On Behalf of Himself and All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MAZIE, ESQ., ADAM SLATER, ESQ. AND MAZIE SLATER KATZ & FREEMAN LLC (hereinafter "Mazie Slater")<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – ESSEX COUNTY<br><br>Case No. ESX-L-008473-21<br><br>**AMENDED NOTICE OF FILING OF NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that Defendants David Mazie, Adam Slater, and Mazie, Slater, Katz & Freeman, LLC ("Defendants") by and through their undersigned counsel, hereby give notice that on November 11, 2017, they filed a Notice of Removal of this action to the United States District Court for the District of New Jersey, thereby removing this action to the United States District Court pursuant to 28 U.S.C. §§1332, 1441, 1446, and 1453 and thereby divesting this Court of further jurisdiction in this matter. A true copy of Defendants' Notice of Removal with attached exhibits, as filed with the United States District Court, is attached hereto as Exhibit "A".

**WHEREFORE**, Defendants David Mazie, Adam Slater, and Mazie, Slater, Katz & Freeman LLC provide notice of removal of this Action.

                                                    Respectfully,

Dated: November 17, 2021                /s/ Adam M. Slater
                                                      Adam M. Slater
                                                      **MAZIE SLATER KATZ & FREEMAN, LLC**
                                                      103 Eisenhower Parkway
                                                      Roseland, New Jersey 07068
                                                      (973) 228-9898

## CERTIFICATE OF SERVICE

I certify that on this day I caused to be filed via eCourts and Federal Express a copy of the within Amended Notice of Filing Notice of Removal. I further certify that a copy of the Notice of Removal was also served upon the following counsel by electronic mail and first-class mail, postage pre-paid:

Bruce Nagel
Nagel Rice, LLP
103 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068
(973) 618-0400
Attorneys for Plaintiffs

Respectfully,

Dated: November 17, 2021

/s/AdamM.Slater
Adam M. Slater
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898