UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 22-2019

———————

ANTHONY MARTINO,
on behalf of himself and all other persons similarly situated,
Appellant

v.

DAVID MAZIE, Esq.; ADAM SLATER, Esq.; MAZIE SLATER KATZ
& FREEMAN, LLC, hereinafter "Mazie Slater"

—————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-21-cv-20056)
District Judge: Hon. Robert B. Kugler

—————

Submitted Under Third Circuit L.A.R. 34.1(a)
on January 26, 2023

Before: HARDIMAN, KRAUSE, and MATEY, *Circuit Judges*.

———————

JUDGMENT

———————

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on January 26, 2023.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the District Court's judgment entered on May 6, 2022 is hereby **AFFIRMED**. All of the above in accordance with the Opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:


<u>s/ Patricia S. Dodszuweit</u>
Clerk


Dated: February 14, 2023